IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FABIO BERDARDES RODRIGUES        )
                                 )
              V.                 )      Civil Action No. 3:26-cv-893
                                 )
FIELD OFFICE DIRECTOR OF         )
IMMIGRATION AND CUSTOM ENFORCEMENT, et al

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __15th__ day of _____May_____ ,_2026_ , the Court being satisfied that the above-named petitioner is financially unable to obtain counsel, and said petitioner not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, Suite 1500, Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the petitioner in all matters pertaining to this action.

PRIMARY COUNSEL:      Andrew Lipson

                      PA Attorney ID #


                      _s/ Mark R. Hornak_____
                      Mark R. Hornak
                      United States District Judge