**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FABIO BERNARDES RODRIGUES,    )
    )
        Petitioner,    )
    )
    v.    )    Civil Action No. 3:26-cv-893
    )
FIELD OFFICE DIRECTOR OF    )
IMMIGRATION AND CUSTOM    )
ENFORCEMENT, *et al.*,    )
    )
        Respondents.    )

## CASE MANAGEMENT ORDER

AND NOW, this 20th day of May, 2026, IT IS HEREBY ORDERED as follows:

1.    **Respondents' response to the Petition.**  Respondents shall file any responses or answers to the Petition by **May 27, 2026**.  Responses are limited to **25 pages**, double-spaced.

2.    **Petitioner's reply in support of the Petition.**  Petitioner shall file any reply in support of the Petition within **5 days** of the filing of Respondents' response to the Petition.  The reply is limited to **5 pages**, double-spaced.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record

- 1 -