**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FABIO BERNARDES RODRIGUES,  )
                                   )
             Petitioner,  )
                                   )
     v.                   )    Civil Action No. 3:26-cv-893
                                   )
FIELD OFFICE DIRECTOR OF    )
IMMIGRATION AND CUSTOM     )
ENFORCEMENT, *et al.*,        )
                                   )
            Respondents.  )

AND NOW, this 7th day of July, 2026, upon consideration of the Status Report (Docket No. 33) reporting that Petitioner has been removed from the United States to his home country of Brazil on June 26, 2026, IT IS HEREBY ORDERED that Petitioner Fabrio Bernardes Rodrigues's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot.

                                                             */s/ W. Scott Hardy*
                                                             W. Scott Hardy
                                                             United States District Judge

cc/ecf:  All counsel of record